IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL ACTION |
| | : NO. 02-347-01 |
| DAVID POLANCO | : |
| a/k/a "Polanquito" | : |

**ORDER**

**AND NOW**, this 9th day of November 2021, upon consideration of the Government's Motion to Dismiss Indictment and Quash the Arrest Warrant (ECF No. 43), **IT IS HEREBY ORDERED AND DECREED** that Indictment No. 02-347-01 is **DISMISSED WITHOUT PREJUDICE**, as to David Polanco, a/k/a "Polanquito" only.

**IT IS FURTHER ORDERED** that the warrant issued for the arrest of Defendant David Polanco is hereby **QUASHED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.